EDWARD ZALOBA, ESQ.,
ATTORNEY AT LAW
118-21 QUEENS BOULEVARD, STE. 504
FOREST HILLS, NY 11375
718-261-3000

June 6, 2007

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201
718-613-2416

Application granted
Sentencing adjourned to September 14, 2007 at 11:30

6/12/07

s/Hon. Carol B. Amon

Re: People v. Alvin Aubrey Wren
CR 07-00391 (CBA)

Honorable Judge Amon:

Please be advised that on August 10, 2007, I will be out of the State on vacation. I am requesting that the Sentencing for the above matter be adjourned from August 10, 2007 to one of the following dates: September 6th, 12th, 13th or 17th, 2007 or any other day set thereafter, that is convenient to the Court. A.U.S.A. Spratt has no objections to this adjournment.

If there is any problems with this request, please do not hesitate to contact me.

Your attention to this matter is greatly appreciated.

Very truly yours,
*Edward Zaloba*
Edward Zaloba

EZ:rp